**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
QUENNEL W. MALONE,

                      Plaintiff,                    21 **CIVIL** 1928 (GBD)(SDA)

      -v-                                **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Decision and Order dated September 12, 2022, Magistrate Judge Aaron's Report and Recommendation is ADOPTED IN FULL. The Commissioner's motion for judgment on the pleadings is GRANTED. Plaintiff's motion is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York
        September 13, 2022

                                  **RUBY J. KRAJICK**

                               _____
                                   **Clerk of Court**

                    **BY:**      K. Mango

                                   _____
                                   **Deputy Clerk**